IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY K. GANT )
)
v. ) NO. 3:05-1004
) JUDGE CAMPBELL
R.D. HERBERT & SONS, INC. )

ORDER

Pending before the Court are Plaintiff's Motion for Partial Summary Judgment (Docket No. 18) and Plaintiff's Motion for Oral Argument (Docket No. 43). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Partial Summary Judgment (Docket No. 18) is DENIED. Plaintiff's Motion for Oral Argument (Docket No. 43) is also DENIED.

This action remains set for trial on April 17, 2007. The case is referred to the Magistrate Judge for continued case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE